UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERCA, | ) | |
| | ) | |
| v. | ) | No. 3:09-cr-00186 |
| | ) | |
| MANDRELL CHRISTMON | ) | |

**DEFENDANT MANDRELL CHRISTMON'S EX PARTE, UNDER SEAL
MOTION FOR DUPLICATION SERVICES**

The Defendant, Mandrell Christmon, by and through counsel, pursuant to 18 U.S.C. Section 3006(e)(1) moves this Honorable Court *ex parte* and under seal for an Order authorizing the employment of duplication services, to wit: PR Omni for reproduction of documents associated with discovery and case investigation. As grounds therefore, the Defendant would show as follows:

The Defendant has been provided as part of the discovery in this case 5 DVDs/CDs containing thousands of pages. The Defendant needs to retain the services of a duplication/copying service to have the voluminous documents reproduced. This copying will be both time consuming and costly if done in counsel's office.

Wherefore, this Defendant respectfully moves this Honorable Court for an Order, *ex parte* and under seal, authorizing the expenditure of funds for reproduction services up to one thousand six hundred dollars ($1,600.00).

Respectfully submitted this 1st day of October, 2009.

    s/ Charles D. Buckholts
    Charles D. Buckholts, BPR #019318
    Attorney for Defendant
    2400 Crestmoor Rd.
    Nashville, TN 37215

(615) 386-7118
chuck@buckholtslaw.com