U.S. DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION

Received U.S. ATTORNEY'S OFFICE
OCT 27 2009
MIDDLE DISTRICT OF TENNESSEE

N-56

# CONSENTIMIENTO A SER REGISTRADO

1. SE ME HA PEDIDO QUE AUTORICE A AGENTES ESPECIALES DE LA ADMINISTRACION DE CONTROL DE DROGAS A REGISTRAR: (Describir la persona, lugar o cosas a registrar.)

   3741 Eastridge; All Outbuildings; Vehicles

2. NO HE SIDO AMENAZADO/A, NI FORZADO/A DE NINGUNA MANERA.

3. YO HE CONSENTIDO LIBREMENTE A ESTE REGISTRO.

6:00 AM
Fecha

8-14-09 / Francisco Sepulveda
Firma

Testigos: [signatures]

GOVERNMENT EXHIBIT 2

DEA Form - 88a
(Jan. 2005)