1. I HAVE BEEN ASKED BY SPECIAL AGENTS OF THE ADMINISTRATION OF DRUG CONTROL FOR AUTHORIZATION TO SEARCH: (Describe the person, place or things to be inspected.)

    3741 East Ridge Drive & All Outbuildings & Vehicles

2. I HAVE NOT BEEN THREATENED OR COERCED IN ANY WAY.

3. I HAVE AGREED TO SIGN THIS STATEMENT.

| 6:00 AM | 8-14-09 / s/ Francisco Sepulveda |
|---|---|
| Time | Signature |

Witnesses:  s/ Clay Morris

s/ Andrew Green

**DEA** Form
(Jan. 2005) - **88a**

GOVERNMENT EXHIBIT 3