# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00186 |
| | ) | Judge Trauger |
| MAURICIO OROZCO-RIOS, *et al.* | ) | |
| | ) | |

## O R D E R

Several defendants in this 13-defendant drug conspiracy case have filed motions to continue (Docket Nos. 128, 139, 142, 150, 154, 166), and all of those motions are hereby **GRANTED**. By separate order, the trial is being reset for February 16, 2010. The period of delay before trial is excludable pursuant to 18 U.S.C. § 3161(h)(7), in that 11 of the defendants are joined for trial with two co-defendants as to whom the time for trial has not yet run, and no motion for severance has been granted. The delay is also excludable under 18 U.S.C. § 3161(h)(3)(A), in that the government has moved to continue the evidentiary hearing for defendant Sepulveda, previously scheduled for November 13, 2009, two court days before the November 17, 2009 trial date, because an essential witness necessary for the suppression hearing is unavailable on November 13, 2009. (*See* Docket No. 168)

The court finds that the ends of justice served by continuing the trial of this case outweigh the best interest of the public and the defendants in a speedy trial for the following additional reasons. Several of the defendants are Spanish-speaking and require the use of interpreters for purposes of reviewing discovery and preparing for trial with their counsel. Two defendants have not yet appeared to answer on the Superseding Indictment. (Docket No. 120)

1

There being no federal detention facility in Nashville, the defendants are housed in various city and county facilities, some of which are many miles from Nashville and make trial preparation and settlement discussions between defendants and their counsel difficult and time-consuming, especially when interpreters are required. Therefore, it is unreasonable to expect adequate preparation for pretrial proceedings and the trial within the time limits established under the Speedy Trial Act.

It is so **ORDERED**.

ENTER this 9th day of November 2009.

_____
ALETA A. TRAUGER
U.S. District Judge