UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

==Motion GRANTED Reset for 11/20/09 at 9:00 a.m.==

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 3:09-00186-4 |
| v. | ) | |
| | ) | Judge Trauger |
| HUGO SEPULVEDA | ) | |

## UNITED STATES' MOTION TO CONTINUE HEARING

The United States of America, through Edward M. Yarbrough, United States Attorney for the Middle District of Tennessee, and Brent A. Hannafan, Assistant United States Attorney, hereby requests that this Court continue the evidentiary hearing set for the defendant's Motion to Suppress from November 13, 2009.

As described in the United States' Response to the defendant's Motion to Suppress, a key witness who would need to testify at the evidentiary hearing set for November 13, 2009, Special Agent Clay Morris of the Drug Enforcement Administration, will be out of the district on a work assignment on November 13, 2009. The United States respectfully requests that this Court therefore set the hearing at a later date that is convenient for this Court.

1