# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE SECTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| VS. | ] | CRIM. CASE NO. 3:09-CR-00186 |
| | ] | JUDGE TRAUGER |
| MAURICIO JAIMES, et al | ] | |

## MOTION FOR LEAVE TO PROCEED
## EX PARTE AND UNDER SEAL

Comes now the Defendant, through counsel, and hereby moves this Honorable Court for leave to proceed *ex parte* and under seal. In support thereof, the Defendant would show as follows:

1. The Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of the court to do so, via the court's electronic filing system. However, if filing ex parte, the party may file directly with the clerk.

2. The Defendant therefore respectfully moves this Honorable Court for leave to file said motion ex parte and under seal for the reasons stated in the motion.

    Respectfully Submitted,

    s/Dwight E. Scott
    BOPR No. 016892
    4024 Colorado Ave.
    Nashville, TN 37209

615-292-6865
FAX 615-292-6865